January 5, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

FATAI OYEJOBI, Appellant

NO. 14-15-00969-CV                    V.

DOLLAR TREE STORES, INC., Appellee

_____

This cause, an appeal from the judgment in favor of appellee Dollar Tree Stores, Inc., signed August 17, 2015, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant Fatai Oyejobi to pay all costs incurred in this appeal.

We further order this decision certified below for observance.